# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALDEN G. PURNELL, | ) |
| Petitioner, | ) |
| | ) CRIM. ACT. NO. 1:20-cr-25-TFM-B |
| vs. | ) CIV. ACT. NO. 1:21-cv-489-TFM-B |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On October 18, 2024, the Magistrate Judge entered a report and recommendation which recommends this petition brought pursuant to 28 U.S.C. § 2255 be denied and this action be dismissed with prejudice. *See* Doc. 77. The Magistrate Judge also recommends that a certificate of appealability be granted as to a single issue. *Id*. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this petition brought pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED with prejudice**. Additionally, the Court determines that Petitioner be granted a Certificate of Appealability as to whether counsel was ineffective for failing to file a notice of appeal after allegedly being requested to do so. The Certificate of Appealability is only applicable to this question and not any other issues raised in the petition.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 10th day of March, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE