**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ALDEN G. PURNELL,** | ) |
| | ) |
| Petitioner, | ) |
| | ) **CRIM. ACT. NO. 1:20-cr-25-TFM-B** |
| vs. | ) **CIV. ACT. NO. 1:21-cv-489-TFM-B** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that the petition brought pursuant to 28 U.S.C. § 2255 is hereby **DENIED** and **DISMISSED with prejudice**. Further, the Court determines that Petitioner is granted a Certificate of Appealability as to the question: whether counsel was ineffective for failing to file a notice of appeal after allegedly being requested to do so.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 10th day of March, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE